IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LIZBETH LEYVA, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-15-CA-295-FB |
| 35 BAR & GRILL, LLC d/b/a SAN ANTONIO MEN'S CLUB, IRAKLIS KOUROUMOUSIS, and THOEDORE DIMOPOULOS, | § § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

Before the Court is the Joint Motion to Approve Confidential Settlement and to Dismiss Case with Prejudice filed April 11, 2016 (docket #62). The parties advise they have settled this case and the terms of the settlement are confidential. The Class Representative has approved the settlement on behalf of herself and the opt-in plaintiffs and has signed the Confidential Settlement Agreement and Release as have the defendants. All parties agree as to the apportionment and distribution of thee settlement funds, and that the settlement is in the best interest of all parties.

Based on the Joint Motion and a review of the file, the Court concludes the settlement of this case reflects a fair and reasonable resolution of a *bona fide* dispute under the FLSA and should be approved.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the parties' confidential settlement is APPROVED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this case is DISMISSED WITH PREJUDICE to the refiling of same with all costs and attorneys' fees taxed against the party incurring same.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this is a Final Judgment. All other relief not expressly granted is DENIED. Motions pending, if any, are DENIED, and this case is CLOSED.

It is so ORDERED.

SIGNED this 12th day of April, 2016.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE